1
2
3
4
5                                              JS-6
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

| 11 | REINA COREAS, PEDRO PORTILLO, | **CASE NO. CV16-7000 SVW(PJWx)** |
|---|---|---|
| 12 | *Plaintiffs,* | |
| 13 | vs. | |
| 14 | | [PROPOSED] |
| 15 | CITY OF LOS ANGELES, LOS ANGELES POLICE OFFICER S. BEALE (#33598); | **JUDGMENT RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| 16 | LOS ANGELES POLICE OFFICER C. SOSA (#42052) and DOES1 THROUGH 10 | |
| 17 | (in their individual10 (in their individual and/or official capacities), | |
| 18 | | |
| 19 | *Defendants.* | |
| 20 | | |

21
22
23         On March 20, 2017, Defendants CITY OF LOS ANGELES, SHAWN BEALE
24    and CHRISTIAN SOSA filed their Motion for Summary Judgment on the First, Third,
25    and Fourth causes of action in Plaintiffs' Complaint before the Honorable Stephen V.
26    Wilson.  Prior to the motion, Plaintiffs agreed to dismiss the Second Cause of Action
27    in their Complaint with prejudice.
28    *///*

1

After considering the moving, opposing, and reply papers, on March 20, 2017, the Court issued its Order granting the Motion for Summary Judgment in its ENTIRETY in favor of Defendants CITY OF LOS ANGELES, SHAWN BEALE and CHRISTIAN SOSA.

Therefore, for the reasons set forth by this Court in its Order granting the Summary Judgment (Pacer No. 35), judgment is hereby entered in Defendants' favor and against Plaintiffs REINA COREAS and PEDRO PORTILLO.  As the Defendants are the prevailing party, they shall be entitled to recover their costs reasonably incurred in defense of this action pursuant to F.R.C.P. 54(d).

**IT IS SO ORDERED:**

DATED: _____May 5, 2017_____     _____

**HONORABLE STEPHEN V. WILSON**
United States District Court Judge